# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00070-CV

Terracon Consultants, Inc., Appellant

v.

Fort Worth Design & Build, Inc. d/b/a DB Constructors, Inc., Appellee

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 11-181-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant and appellee have filed a joint motion to dismiss the appeal, explaining that they have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Joint Motion

Filed: October 15, 2013